IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANWAR T. JOHNSON | : | CIVIL ACTION |
| | : | |
| v. | : | No. 13-4758 |
| | : | |
| JON A. FISHER, et al. | : | |

**ORDER**

AND NOW, this 20th day of September, 2016, upon careful and independent consideration of Petitioner Anwar T. Johnson's pro se Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254, after de novo review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells and Johnson's objections thereto, and for the reasons set forth in the accompanying Memorandum, it is ORDERED:

1. Johnson's objections to the Report and Recommendation (Document 21) are OVERRULED;

2. The Report and Recommendation (Document 18) is APPROVED and ADOPTED;

3. Johnson's Petition for Writ of Habeas Corpus (Document 1) is DISMISSED and DENIED without an evidentiary hearing;

4. There is no probable cause to issue a certificate of appealability; and

5. The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:


　　/s/ Juan R. Sánchez　　
Juan R. Sánchez, J.